**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **CHARLES V. TUCKER,** ) <br> ) <br> Defendant. ) <br> _____ ) | **6:05-mj-00028 WMW** <br><br> **ORDER VACATING PREVIOUS ORDER GRANTING SUBPEONA DEUCES TECUM** |

On September 29, 2005 at 11:20 am, the Court issued an ORDER granting a Subpoena Deuces Tecum, Commanding Postmaster Bill Carol to deliver any and all documents pertaining to post office box rental, notifications of change of address, original rental date and schedule of rental payments in 2004 for Charles Victor Tucker. This ORDER is hereby VACATED pending further order of the Court.

IT IS SO ORDERED.

Dated:   September 29, 2005          /s/  William M. Wunderlich
bok                                  UNITED STATES MAGISTRATE JUDGE