# MEMORANDUM

DATE:           March 24, 2006

TO:             Judge Anthony W. Ishii

FROM:           Jeannie Vasquez, USDC-EDCA, Fresno
                Electronic Court Recorder Operator


RE:             REQUEST FOR EXTENSION OF TIME
                USA vs. Charles V. Tucker
                1:06-CR-0083 AWI


Please be advised that I received the briefing schedule on March 8, 2006 in the above matter. Since the requested hearings were heard in the Eastern District of California, Yosemite division, additional time was needed to obtain the compact discs from the Yosemite Court.  Also, due to the extensive number of hearings that have been designated, **I would respectfully request a thirty (30) day  extension of time to April 24, 2006, in order to have the requested hearings transcribed.**

I am in the process of preparing my records for transcription from Petrilla Reporting and Transcripts and estimate the transcripts could be ready by April 24, 2006.  I am today forwarding to Petrilla Reporting and Transcripts the compact discs regarding the hearing dates that have been requested.

Thank you in advance for your consideration in this matter.


IT IS SO ORDERED.

**Dated:   March 28, 2006**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE