**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite #112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Petitioner/Appellant,
CHARLES V. TUCKER

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | U.S.D.C. No.: 1:06-CR-00083-AWI |
| Plaintiff-Appellee, ) | **ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF.** |
| vs. ) | |
| CHARLES V. TUCKER ) | |
| Defendant-Appellant ) | |

On August 29, 2006, Defendant-Appellant filed an exp parte motion for an extension of time in which to file his Opening Brief.

Good cause appearing, Defendant-Appellant's motion is **HEREBY GRANTED**. The new schedule is as follows:

    File and serve the Opening Brief of Appellant by September 5, 2006

    File and serve the Opposition Brief of Appellee by September 25, 2006.

    File and serve the Reply brief of Appellant by October 2, 2006.

IT IS SO ORDERED.

**Dated:   August 30, 2006**           /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE