1  **ALEX R. KESSEL (State Bar No. 110715)**
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: (818) 995-1422

4

5  Attorney for Defendant,
   **ANTHONY LOGAN**
6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | CASE NO.: 05CR183 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | ) ) | FOR DEFENDANT ANTHONY LOGAN |
| ANTHONY LOGAN, | ) ) | Hearing Date: October 2, 2006 Time: 9:00 a.m. |
| Defendant. | ) ) ) ) ) ) ) ) | Place: Courtroom 3, The Honorable Anthony W. Ishii, Judge of the United States District Court |

    Defendant ANTHONY LOGAN, by and through his counsel of record, ALEX R. KESSEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAVID GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate to the following:

    1.    Defendant Anthony Logan is presently in federal custody at the Fresno County Jail. Defendant is charged with receiving and distributing by computer images depicting minors engaged in sexually explicit conduct, and conspiracy to do the same in violation of Title 18, U.S.C. Sections 2252(a)(2) and 371.  Sentencing in this matter is scheduled for September 11, 2006 at 9:00 a.m. before this Honorable Court.

    2.    Counsel is presently engaged in trial in the matter of People vs.Jayson Choi, case number BA283941, in the Los Angeles Superior Court, Central District in Los Angeles. This is a

home invasion robbery case wherein the defendant is presently out of custody.

3. Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled sentencing date be continued from October 2, 2006 at 9:00 a.m., to October 30, 2006, at 9:00 a.m., before the Honorable Anthony W. Ishii.

**IT IS SO STIPULATED:**

DATED: September 28, 2006                                    Respectfully submitted,


                                                  /s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
ANTHONY LOGAN


**IT IS SO STIPULATED:**

DATED: September 28, 2006

                                                  /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney for
Plaintiff, UNITED STATES OF AMERICA


**O R D E R**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Anthony Logan is set for October 30, 2006 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 28, 2006**                    /s/ Anthony W. Ishii
0m8i78                                                                    UNITED STATES DISTRICT JUDGE

2