```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    Federal Building
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-00083-AWI |
| ) | |
| Appellee, ) | ORDER |
| ) | |
| ) | |
| v. ) | HON. Anthony W. Ishii |
| ) | |
| CHARLES V. TUCKER, ) | |
| ) | |
| Appellant. ) | |
| ) | |
| ) | |

The government's motion to continue the filing of appellee's brief to November 14, 2006 is hereby GRANTED. The appellant shall have until November 21, 2006 to reply to the appellee's brief.

IT IS SO ORDERED.

**Dated:   October 27, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE